# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

Neclaudio Tavares Pinho,
a/k/a Neclaudio De Pinho Tavares
YOB 1963
22 Briarwood Lane, Apt. 11
Marlborough, MA 01752-2504

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

M.J. No.  04-M-00061-LPC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 19, 2001 in **Essex** county, in the District of **Massachusetts** defendant,

did willfully, knowingly, and with intent to deceive, use a social security account number, assigned by the Commissioner of Social Security on the basis of the false information furnished to the Commissioner of Social Security by PINHO and other persons on his behalf, to apply for and to obtain a Massachusetts driver's license

in violation of Title ___42___ United States Code, Section _408(a)(7)(A)_.

I further state that I am a(n) **Special Agent of the U.S. Social Security Administration**
Official Title

and that this complaint is based upon the following facts:

See Affidavit attached hereto and incorporated by reference herein.

Continued on the attached sheet and made a part hereof:  [x] Yes   [ ] No

_____
Signature of Complainant
Vance Ely
Special Agent
U.S. Social Security Administration

Sworn to before me and subscribed in my presence,

August 31, 2004                           at  Boston, Massachusetts
Date                                          City and State

LAWRENCE P. COHEN
U.S. Magistrate Judge                      _____
Name and Title of Judicial Officer          Signature of Judicial Officer

<u>AFFIDAVIT OF SPECIAL AGENT VANCE ELY</u>

I, Vance Ely, having been duly sworn, do hereby depose and state as follows:

1. I have been a Special Agent with the United States Social Security Administration ("SSA"), Office of the Inspector General, Office of Investigations, Boston Field Office since May 1997. My duties include investigating violations of Title 42 and Title 18 of the United States Code. During the period of my employment, I have conducted numerous investigations of Social Security fraud and other criminal violations. I was previously employed by the United States Department of Justice, Immigration & Naturalization Service, as an Immigration Inspector for 4 ½ years. I also hold a Bachelor of Science degree from Westfield State College.

2. SSA is an agency within the Executive Branch of the United States government responsible for approving applications for Social Security Numbers ("SSNs") and issuing Social Security Number Cards ("SSNCs") to eligible applicants, as well as managing and administering retirement, disability, survivor benefits, and Supplemental Security Income programs to our nation's eligible beneficiaries.

3. The Social Security Act (42 U.S.C. 301 et seq.) was enacted in 1935 to provide for the general welfare by establishing a system of Federal Benefits. The SSN, a nine-digit number, was devised as a means to keep track of the earnings of individuals who work under covered employment. Along with the SSN, the SSNC was created. SSNCs are issued with or without employment restrictions depending upon the eligibility of the individual making application. The SSNC bears an SSN; shows the name of the person whose record is identified by that SSN; and contains a space for the person's signature.

4. The information set forth in this affidavit is based on my own investigation, my review of relevant SSA records, and information provided by others. This affidavit does not contain all information received during the course of the investigation but contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested criminal complaint charging Neclaudio Tavarez Pinho, a/k/a Necaludio De Pinho Tavares, YOB 1963 ("PINHO") with social security account number fraud in violation of 42 U.S.C. §408(a)(7)(A)[1].

---

[1] 42 U.S.C. §408(a)(7)(A) reads in pertinent part:

Whoever . . . for any other purpose –

(A) willfully, knowingly, and with intent to deceive, uses a social security account number, assigned by the Commissioner of Social Security . . . on the basis of

2

5. PINHO is a native and citizen of Brazil and, according to records maintained by Immigration and Customs Enforcement, he is not present legally in the United States.

6. As an alien illegally present in the United States, PINHO is not entitled to receive an SSNC.

7. On November 14, 2001, PINHO applied for an SSNC. PINHO falsely represented on the application, known as an SS-5, that he was a "Legal Alien Allowed to Work", knowing that, in truth and in fact, he was not.[2]

8. As a result of providing false information, PINHO received SSN 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.

9. The Massachusetts Registry of Motor Vehicles ("RMV") requires that an individual applying for a driver's license present proof of identification such as a valid SSN.

10. On December 19, 2001, PINHO applied for a

---

false information furnished to the Commissioner of Social Security by him or by any other person [shall be guilty of a crime].

[2]Defendant's SS-5 application was processed by former SSA employee Jesse Rocha. On September 8, 2003, Jesse Rocha pled guilty to conspiracy to commit fraud in connection with identifcation documents in violation of 18 U.S.C. §1028(f); conspiracy to commit offenses against the United States in violation of 18 U.S.C. §371; conspiracy to launder monetary instruments in violation of 18 U.S.C. §1956(h) and fraud and misuse of documents in violation of 18 U.S.C. §1546(a). During his plea colloquy, Rocha admitted to processing and approving over 1700 applications for SSNCs for illegal aliens during the period from April of 2000 until December of 2002. See Ind. 02-10405-GAO.

Massachusetts driver's license. On the application, PINHO used the SSN which he had fraudulently obtained by providing the SSN to the RMV. As a result, a Massachusetts driver's license was issued to PINHO.

11. Based upon the foregoing information, I believe there is probable cause to believe that on or about December 19, 2001, PINHO did willfully, knowingly, and with intent to deceive, use a social security account number, assigned by the Commissioner of Social Security on the basis of the false information furnished to the Commissioner of Social Security by PINHO and other persons on his behalf, to apply for and to obtain a Massachusetts driver's license, in violation of Title 42, United States Code, Section 408(a)(7)(A).

Vance Ely
Special Agent
United States Social Security Administration
Office of Inspector General

Subscribed and sworn to before me this 31st day of August 2004.

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

4

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   Category No.  II   Investigating Agency   SSA

**City**   Beverly   **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Neclaudio Tavares Pinho   Juvenile:  ☐ Yes   X No

Alias Name   Neclaudio De Pinho Tavares

Address   22 Briarwood Lane, Apt. 11, Marlborough, MA 01752-2504

Birthdate:  1963    SS #  7388    Sex:  M    Race: _____   Nationalit  Brazil

**Defense Counsel if known:** _____   Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Colin Owyang   Bar Number if applicable _____

Interpreter:   X Yes   ☐ No   List language and/or dialect:   Portuguese

**Matter to be SEALED:**   ☐ Yes   X No

☐ Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date   8/31/2004

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   X Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   August 31, 2004   Signature of AUSA:  _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Neclaudio Tavares Pinho, a/k/a Neclaudio De Pinho Tavares

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  42 U.S.C. §408(a)(7)(A) | Social Security Account Number Fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**  _____

_____

Pinho.JS45.wpd - 2/7/02