# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | M.J. No. 04-M-00061-LPC |
| ) | |
| **v.** ) | |
| ) | |
| **Neclaudio Tavares Pinho,** ) | |
| **a/k/a Neclaudio De Pinho Tavares** ) | |

### GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby notices respectfully the appearance of AUSA Nadine Pellegrini as lead counsel for the government.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Colin Owyang
NADINE PELLEGRINI
COLIN OWYANG
Assistant U.S. Attorney