UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | M.J. No. 04-M-00061-LPC |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **Neclaudio Tavares Pinho,** | ) | |
| **a/k/a Neclaudio De Pinho Tavares** | ) | |

**GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby notices respectfully the withdrawal of AUSA Colin Owyang who will be leaving the office as of September 10, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Colin Owyang
COLIN OWYANG
Assistant U.S. Attorney