AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

MASSACHUSETTS

*United States*

v.

*Nei Claudio de Pinto TAVARES*

APPEARANCE

Case Number: 04 MJ 00061 LTC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Nei Claudio de Pinto TAVARES

I certify that I am admitted to practice in this court.

9/8/04
Date

*[Signature]*
Signature

Daniel Sumner _____ 634514
Print Name                Bar Number

77 Franklin Street 3rd flr
Address

Boston          MA          02110
City            State       Zip Code

617  695  0050
Phone Number              Fax Number