# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States
v.
Nei Claudio de Pinto TAVARES

**APPEARANCE**

Case Number: 04 MJ 00061 LTC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Nei Claudio de Pinto TAVARES

I certify that I am admitted to practice in this court.

Date: 9/8/04

Signature: [signed]

Print Name: David Sumner      Bar Number: 634514

Address: 77 Franklin Street 3rd floor

City: Boston    State: MA    Zip Code: 02110

Phone Number: (617) 695-0050    Fax Number: