# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

Neclaudio Tavares Pinho,
a/k/a Neclaudio De Pinho Tavares
YOB 1963
22 Briarwood Lane, Apt. 11
Marlborough, MA 01752-2504

(Name and Address of Defendant)

**AMENDED**
**CRIMINAL COMPLAINT**

M.J. No.   04-M-00061-LPC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 19, 2001 in <u>Essex</u> county, in the District of <u>Massachusetts</u> defendant,

did knowingly possess an identification document that is or appears to be an identification document of the United States which was . . . produced without lawful authority knowing that such document was . . . produced without such authority,

in violation of Title ___18___ United States Code, Section _1028(a)(6)_.

I further state that I am a(n) **Special Agent of the U.S. Social Security Administration**
                                        Official Title

and that this complaint is based upon the following facts:

See Affidavit attached hereto and incorporated by reference herein.

Continued on the attached sheet and made a part hereof:  [x] Yes    [ ] No

Signature of Complainant
Vance Ely
Special Agent
U.S. Social Security Administration

Sworn to before me and subscribed in my presence,

September 10, 2004                     at    Boston, Massachusetts
Date                                          City and State

LAWRENCE P. COHEN
U.S. Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer

## AFFIDAVIT OF SPECIAL AGENT VANCE ELY

I, Vance Ely, having been duly sworn, do hereby depose and state as follows:

1. I have been a Special Agent with the United States Social Security Administration ("SSA"), Office of the Inspector General, Office of Investigations, Boston Field Office, since May 1997. My duties include investigating violations of Title 42 and Title 18 of the United States Code. During the period of my employment, I have conducted numerous investigations of fraud and other criminal violations. I was previously employed by the United States Department of Justice, Immigration & Naturalization Service, as an Immigration Inspector for 4 ½ years. I also hold a Bachelor of Science degree from Westfield State College.

2. SSA is an agency within the Executive Branch of the United States Government responsible for approving applications for Social Security Numbers and issuing Social Security Number Cards to eligible applicants, as well as managing and administering retirement, disability, survivor benefits, and Supplemental Security Income programs to our nation's eligible beneficiaries.

3. The Social Security Act (42 U.S.C. §301 et seq.) was enacted in 1935 to provide for the general welfare by establishing a system of Federal Benefits. The Social Security Number ("SSN"), a nine digit number, was devised as a means to keep track of the earnings of individuals who work under covered employment. Along with the SSN, the Social Security Number Card ("SSNC") was created. SSNCs are issued with or without employment restrictions depending upon the eligibility of the individual making application. The Social Security Number Card bears a Social Security Number; shows the name of the person whose record is identified by that SSN; and contains a space for the person's signature.

4. The information set forth in this affidavit is based on my own investigation, my review of relevant SSA records, and information provided by others. This affidavit does not contain all information received during the course of the investigation but contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested criminal complaint charging PINHO with fraud in violation of 18 U.S.C. §1028(a)(6).[1]

---

[1] 18 U.S.C. §1028(a)(6) provides in pertinent part: Whoever ... knowingly possesses an identification document that is or appears to be an identification document of the United States which is ... produced without lawful authority knowing that such document was ... produced without such authority [shall be guilty of a crime].

2

5. Defendant Neclaudio Tavarez Pinho, a/k/a Necaludio De Pinho Tavares, YOB 1963 ("PINHO") is a native and citizen of Brazil and, according to records maintained by Immigration and Customs Enforcement, at all relevant times he has not been present legally in the United States.

6. As an alien illegally present in the United States, PINHO is not entitled to receive a Social Security Account number card.

7. On November 14, 2001, PINHO applied for an SSNC. PINHO falsely represented on the application, known as an SS-5, that he was a "Legal Alien Allowed to Work", knowing that, in truth and in fact, he was not.[2]

8. As a result of providing false information, PINHO received and possessed a Social Security card with social security account number 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.

9. On December 19, 2001, PINHO applied for a Massachusetts driver's license. On the application, PINHO used the SSN which he had fraudulently obtained by providing the SSN

---

[2] Defendant's SS-5 application was processed by former SSA employee Jesse Rocha. On September 8, 2003, he pled guilty to conspiracy to commit fraud in connection with identification documents in violation of 18 U.S.C. §1028(f); conspiracy to commit offenses against the United States in violation of 18 U.S.C. §371; conspiracy to launder monetary instruments in violation of 18 U.S.C. §1956(h) and fraud and misuse of documents in violation of 18 U.S.C. §1546(a). During his plea colloquy, Rocha admitted to processing and approving over 1700 applications for SSNCs for illegal aliens during the period from April 2000 to December 2002. See Ind. 02-10405-GAO.

to the RMV. As a result, a Massachusetts driver's license was issued to PINHO.

Based upon the foregoing information, I believe there is probable cause to believe that on December 19, 2001, PINHO did knowingly possess an identification document that is or appears to be an identification document of the United States which was . . . produced without lawful authority knowing that such document was . . . produced without such authority in violation of Title 18, United States Code, Section 1028(a)(6).

```
_____
Vance Ely
Special Agent
United States Social Security
Administration
Office of Inspector General
```

Subscribed and sworn to before me this 10th day of September 2004.

```
_____
LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE
```

4

%JS 45 (5/97) - (Revised USDC MA 2/7/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. III   Investigating Agency  SSA

City  Beverly    **Related Case Information:**

County  Essex    Superseding Ind./ Inf.  Complaint   Case No. _____
           Same Defendant  X     New Defendant _____
           Magistrate Judge Case Number  04-M-00061-LPC
           Search Warrant Case Number _____
           R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Neclaudio Tavares Pinho    Juvenile: ☐ Yes  X No

Alias Name  Neclaudio De Pinho Tavares

Address  22 Briarwood Lane, Apt. 11, Marlborough, MA 01752-2504

Birthdate: 1963   SS # 7388   Sex: M   Race: _____   Nationalit  Brazil

Defense Counsel if known:  David Summer/Brian Carr   Address  77 Franklin Street, 3d floor

Bar Number  634514        Boston, MA 02110

**U.S. Attorney Information:**

AUSA  Colin Owyang      Bar Number if applicable _____

Interpreter: X Yes  ☐ No   List language and/or dialect:  Portuguese

Matter to be SEALED:  ☐ Yes  X No

☐ Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date  8/31/2004

X Already in Federal Custody as of  8/31/04  in  Boston
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  X Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty ____  X Misdemeanor  1   ☐ Felony ____

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  September 10, 2004   Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Neclaudio Tavares Pinho, a/k/a Neclaudio De Pinho Tavares

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1028(a)(6) | Fraud in connection with identification documents | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____